# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mireya Galvez Barajas, | No. CV-26-03201-PHX-MTL (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner reports that she has been released from custody. (Doc. 1) The Court finds that the Petition is now moot and must be dismissed. *Abreu v. Superintendent Smithfield SCI*, 971 F.3d 403, 406 (3d Cir. 2020) ("[A] habeas corpus petition generally becomes moot when a prisoner is released from custody because the petitioner has received the relief sought.").

**IT IS THEREFORE ORDERED** that the Petition for Habeas Corpus (Doc. 1) is **DENIED as moot**. Petitioner's Motion for Entry of Final Judgment (Doc. 12) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Clerk of Court must enter a judgment of dismissal and close this case.

Dated this 14th day of July, 2026.

*Michael T. Liburdi*

Michael T. Liburdi
United States District Judge